UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| KIRK CHEEKS, | : | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year); |
| | : | 22 D.C. Code §§ 2001, 4502 (2001 ed.) |
| | : | (Kidnapping While Armed); |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | (Using, Carrying, Possessing, and |
| | : | Brandishing a Firearm During a Crime |
| | : | of Violence); |
| | : | 22 D.C. Code §§ 3002 (a)(1) and (2), 4502, |
| | : | 3020(a)(6)   (2001 ed.) |
| | : | (First Degree Sexual Abuse While Armed |
| | : | (with Aggravating Circumstances)); |
| | : | 22 D.C. Code § 405(b) |
| | : | (Assaulting, Resisting, or Interfering |
| | : | With a Police Officer While Armed |
| | : | With a Dangerous Weapon); |
| | : | 18 U.S.C. § 924(c)(1)(A)(iii) |
| | : | (Using, Carrying, Possessing, and |
| | : | Discharging a Firearm During a Crime |
| | : | of Violence) |

# **I N D I C T M E N T**

The Grand Jury charges that:

## **COUNT ONE**

On or about February 2, 2014, within the District of Columbia, **KIRK CHEEKS,** having been convicted of crimes punishable by imprisonment for a term exceeding one year, in Superior Court for the District of Columbia, Criminal Case No. F4364-90 and in United States District Court for the Eastern District of Virginia, Criminal Case No. 90-345, did unlawfully and

knowingly receive and possess a firearm, that is, a Ruger P95 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about February 2, 2014, within the District of Columbia, **KIRK CHEEKS**, while armed with a dangerous weapon, that is, a firearm or imitation thereof, seized, confined, kidnapped, abducted and carried away Joanna Jackson, with intent to hold and detain Joanna Jackson, for the purpose of assaulting Joanna Jackson.

(**Kidnapping While Armed**, in violation of 22 D.C. Code Sections 2001, 4502 (2001 ed.))

## COUNT THREE

On or about February 2, 2014, within the District of Columbia, **KIRK CHEEKS**, did unlawfully and knowingly use, brandish, and carry during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a Ruger P95 9mm semi-automatic pistol.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii))

## COUNT FOUR

On or about February 2, 2014, within the District of Columbia, **KIRK CHEEKS**, while armed with a dangerous weapon, that is, a firearm or imitation thereof, engaged in a sexual act with Joanna Jackson, that is penetration of Joanna Jackson's vulva by Kirk Cheeks' penis, by using force against Joanna Jackson, and by threatening and placing Joanna Jackson in reasonable fear

that Joanna Jackson would be subjected to death, bodily injury, or kidnapping.

*The Grand Jury further charges* that at the time Kirk Cheeks committed the offense of First Degree Sexual Abuse While Armed as set forth in the Fourth Count of this indictment, Kirk Cheeks was armed with and had readily available a dangerous or deadly weapon, that is, a firearm or imitation thereof.

(**First Degree Sexual Abuse While Armed (with Aggravating Circumstances)**, in violation of 22 D.C. Code Sections 3002 (a)(1) and (2), 4502, 3020(a)(6) (2001 ed.)).

## COUNT FIVE

On or about February 2, 2014, within the District of Columbia, **KIRK CHEEKS**, did unlawfully and knowingly use, brandish, and carry during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count Four of this Indictment which is incorporated herein, a firearm, that is, a Ruger P95 9mm semi-automatic pistol.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii))

## COUNT SIX

On or about February 2, 2014, within the District of Columbia, **KIRK CHEEKS**, while armed with a dangerous weapon, that is, a firearm or imitation thereof, engaged in a sexual act with Joanna Jackson, that is penetration of Joanna Jackson's vulva by Kirk Cheeks' finger, with the intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of Kirk Cheeks or Joanna Jackson, by using force against Joanna Jackson, and by threatening and placing Joanna Jackson in reasonable fear that Joanna Jackson would be subjected to death, bodily injury, or kidnapping.

*The Grand Jury further charges* that at the time Kirk Cheeks committed the offense of First Degree Sexual Abuse While Armed as set forth in the Sixth Count of this indictment, Kirk Cheeks

was armed with and had readily available a dangerous or deadly weapon, that is, a firearm or imitation thereof.

>(**First Degree Sexual Abuse While Armed (with Aggravating Circumstances)**, in violation of 22 D.C. Code Sections 3002 (a)(1) and (2), 4502, 3020(a)(6) (2001 ed.))

## COUNT SEVEN

On or about February 2, 2014, within the District of Columbia, **KIRK CHEEKS**, did unlawfully and knowingly use, brandish, and carry during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count Six of this Indictment which is incorporated herein, a firearm, that is, a Ruger P95 9mm semi-automatic pistol.

>(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii))

## COUNT EIGHT

On or about February 2, 2014, within the District of Columbia, **KIRK CHEEKS**, without justifiable and excusable cause, and while armed with a deadly or dangerous weapon, that is, a Ruger P95 9mm semi-automatic pistol, did assault, resist, oppose, impede, and interfere with Adam Bray and Marc McDavid, members of a police force operating in the District of Columbia, knowing them to be police officers, while Adam Bray and Marc McDavid were engaged in and on account of the performance of their official duties.

>(**Assaulting, Resisting, or Interfering with a Police Officer While Armed With a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 405(b) (2001 ed.))

## COUNT NINE

On or about February 2, 2014, within the District of Columbia, **KIRK CHEEKS**, did unlawfully and knowingly use, discharge, and carry during and in relation to, and possess in

furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count Eight of this Indictment which is incorporated herein, a firearm, that is, a Ruger P95 9mm semi-automatic pistol.

(**Using, Carrying, Possessing, and Discharging a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia